UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FELIPE BARAJAS,

Defendant.

No. 18-CR-736-04 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On May 22, 2020, Defendant Felipe Barajas ("Defendant"), who is currently housed at the Grady County Law Enforcement Center, 215 N. 3rd Street, Chickasha, Oklahoma, filed a motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). To help resolve this motion, the Court will conduct an evidentiary hearing on Wednesday, July 1, 2020 at 10:30 A.M. EST.

The Court expects to hear testimony from medical personnel at Grady Law Enforcement Center. As such it is hereby ORDERED that Grady County Law Enforcement Center produce its medical director to appear at the telephonic hearing scheduled for July 1, 2020.

To aid in further developing the medical record for Defendant, who has represented that he has experienced symptoms associated with COVID-19 and recently tested positive for the disease, it is further ORDERED that Grady County Law Enforcement Center make arrangements for Defendant to be examined by (1) an infectious disease specialist, and (2) a pulmonologist. The results of such examinations shall be produced to the Court on or before July 1, 2020.

The Court directs the Government to serve a copy of this order to Grady County Jail and the Bureau of Prisons.

Dated: June 26, 2020
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2020